# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140415 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DERRICK LEE SMITH,
          Defendant-Appellant.

SC: 140415
COA: 294843
Wayne CC: 08-008639-01-FC

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the January 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

y0517